# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

March 6, 2020

**By ECF/Hand**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/6/20

**MEMO ENDORSED**

Re:  *United States v. Devin Amill*, 20 Cr. 55 (KMW)

Dear Judge Wood:

I write to request a temporary travel authorization for my client, Devin Amill. I have conferred with Mr. Amill's Pretrial Services Officer, Dominique Jackson, and with Assistant U.S. Attorney Ni Qian. Pretrial Services takes no position on this request, so long as the Court grants approval, and asks only that Mr. Amill report to Pretrial the day before his trip to discuss his arrangements. The Government does not object to this request, so long as Mr. Amill meets with Officer Jackson as she has requested.

Mr. Amill was first arrested and presented on November 21, 2019. He was released that night on a $50,000 personal recognizance bond with conditions including travel restricted to the Southern and Eastern Districts of the New York, and the Eastern District of Pennsylvania. Now, Mr. Amill wishes to visit his cousin, who is recovering from a serious car accident, in Florida from March 11 to March 15, 2020. He would travel by plane and stay in a hotel in Orlando. If this request is granted, he will meet with Officer Jackson on March 10, 2020 and provide her with the specific details of his travel and lodging.

*Granted.*
*KMW*

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

*3-6-20*
SO ORDERED, N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.

cc:  Ni Qian, Assistant U.S. Attorney
Dominique Jackson, Pretrial Services Officer