```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/2/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

                                                20-CR-55 (KMW)

      -against-

                                                **ORDER**

DEVIN AMILL,

                        Defendant.

----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for April 6, 2020 is adjourned to June 18, 2020, at 10:30 a.m.  Pursuant to Standing Order 20-MISC-154, and at the request of the parties, the running of speedy-trial time is suspended.

      SO ORDERED.

Dated: New York, New York

      April 2, 2020                                        /s/ Kimba M. Wood /

                                                      KIMBA M. WOOD

                                              United States District Judge