# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 12, 2020

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/20

Re: *United States v. Devin Amill*, 20 Cr. 55 (KMW)

Dear Judge Wood:

    I write with the consent of the Government to request a two-month adjournment of the conference scheduled for Thursday, June 18, 2020 in the above-referenced case. An adjournment would allow me to continue reviewing discovery remotely with Mr. Amill and to discuss a pretrial disposition with the Government. In two months, it also may be possible for the parties to convene in the courtroom, as opposed to by phone or video. There has been one prior request to adjourn a conference in this case, which was granted. The parties consent to the exclusion of time under the Speedy Trial Act through the next conference date scheduled by the Court. Thank you for your consideration of this request.

*The conference is adjourned to September 9, 2020, at 11:00 a.m. Time is excluded through September 9, 2020.*

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Ni Qian, Assistant U.S. Attorney
    David Robles, Assistant U.S. Attorney
    (by ECF)

*Kimba M. Wood  6/12/20*

SO ORDERED