# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/20

August 31, 2020

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Devin Amill*, 20 Cr. 55 (KMW)

Dear Judge Wood:

I write with the consent of the Government to request a 60-day adjournment of the conference scheduled for Wednesday, September 9, 2020 in the above-referenced case. An adjournment would allow me to continue reviewing discovery remotely with Mr. Amill, to continue pursuing his admission into the Young Adult Opportunity Program (which has its next application deadline on October 30, 2020), and to discuss a pretrial disposition with the Government. There have been two prior requests to adjourn conferences in this case, which were granted. The parties consent to the exclusion of time under the Speedy Trial Act through the next conference date scheduled by the Court. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Ni Qian, Assistant U.S. Attorney
David Robles, Assistant U.S. Attorney
(by ECF)

The conference scheduled for September 9, 2020, is adjourned to November 10, 2020, at 2:00 PM.
If the Government seeks to exclude time, it should submit a proposed Order.

SO ORDERED, N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.   9/1/20