# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/20

November 2, 2020

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Devin Amill*, 20 Cr. 55 (KMW)

Dear Judge Wood:

I write with the consent of the Government to request an adjournment of the conference scheduled for Tuesday, November 10, 2020 in the above-captioned case. The parties agree that it would be prudent to adjourn the case to a date *after* December 23, 2020, the date by which Mr. Amill expects to receive word from the Young Adult Opportunity Program (YAOP) regarding his acceptance or rejection. There have been three prior requests for an adjournment in this case, which were granted. The parties consent to the exclusion of time under the Speedy Trial Act through the next conference date scheduled by the Court. Thank you for your consideration of this request.

*The conference is adjourned to January 6, 2021, at 10:30 a.m.*

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Ni Qian, Assistant U.S. Attorney
David Robles, Assistant U.S. Attorney
(by ECF)

SO ORDERED:  N.Y., N.Y.  11/3/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.