UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

DEVIN AMILL,

                    Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 55 (KMW)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/20
```

KIMBA M. WOOD, District Judge:

      The Court will hold a teleconference in the above-captioned case on Wednesday, January 6, 2021, at 10:30 a.m.

      To join the teleconference, the parties should dial 888-363-4749, and enter access code 1613818.

      SO ORDERED.

Dated: New York, New York
          December 30, 2020

                                                         KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE