# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/21

January 5, 2021

**MEMO ENDORSED**

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Devin Amill*, 20 Cr. 55 (KMW)

Dear Judge Wood:

Jointly with the Government, I write to request that the Court adjourn *sine die* the status conference scheduled in this case for tomorrow, January 6, 2021, at 10:30 a.m. Yesterday, Mr. Amill was formally admitted to the Court's Young Adult Opportunity Program (YAOP). It is my understanding that Judge Abrams and Judge Netburn, who preside over the YAOP, have requested reassignment of Mr. Amill's case to Judge Abrams to facilitate his participation in the program.

*Granted*

Mr. Amill has already signed a consent form agreeing to delay the resolution of his case to enable his participation in the YAOP. He also consents to the exclusion of time under the Speedy Trial Act through the next conference convened in his case. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Ni Qian, Assistant U.S. Attorney

SO ORDERED: N.Y., N.Y. 1/6/21

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.