UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Devin Amill,

                    Defendant.

--------------------------------------------------X

1: 20-CR-00055-1 (RA)

<u>ORDER</u>

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment, as directed by Pretrial Services.

Dated: New York, New York
       June 22, 2021

SO ORDERED:

_____
Ronnie Abrams
United States District Judge