UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN AMILL,<br><br>                    Defendant. | **JOINT STIPULATION<br>AND CONSENT ORDER**<br><br>20 Cr. 55 (RA) |

WHEREAS, an indictment returned on or about January 21, 2020, charged defendant DEVIN AMILL with bank fraud and aggravated identity theft (Dkt. 8);

WHEREAS, in January 2021, the United States Pretrial Services Office recommended with no objection from the Government, and the Court accepted, the defendant's entry into the Young Adult Opportunity Program ("YAOP") by which the defendant agreed to comply with certain terms and conditions to demonstrate his rehabilitation for a minimum of 12 months (Dkt. 32);

WHEREAS, the defendant has agreed to make restitution in the amount of $2,000 to the victims of the charged offense to further demonstrate his rehabilitation;

WHEREAS, the Court has the discretion to order restitution as a prerequisite to the defendant's successful completion of the YAOP pursuant to the All Writs Act, which provides that "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651;

WHEREAS, pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold funds on behalf of a defendant in pending cases;

WHEREAS, pursuant to 28 U.S.C. § 2042, the Clerk of Court is authorized to withdraw

and apply the funds deposited by the defendant to any restitution ordered by the Court;

IT IS HEREBY ORDERED:

The defendant shall pay the total sum of $2,000 in restitution, in installments if necessary, but in full by November 1, 2023;

Payment(s) should be made by cashier's check or money order made payable to "Clerk of Court" and delivered to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, Room 120, New York, NY 10007; and

The Clerk of Court shall accept and receive restitution payments from DEVIN AMILL and disburse the restitution in accordance with the Clerk's standard operating procedures as follows:

| Victim Name | Payment Address | Loss Amount |
| --- | --- | --- |
| Bank of America | *USPS Address*<br>P.O. Box 790087<br>St. Louis, MO 63179<br><br>*Fedex Address*<br>800 Market St.<br>St. Louis, MO 63101 | $1,752.20 |
| JP Morgan Chase | Attn Legal - Restitution<br>700 Kansas Lane<br>Monroe LA 71203-4774 | $183.40 |
| HSBC | HSBC Bank Restitution<br>2929 Walden Avenue<br>Depew, NY, 14043 | $64.40 |

AGREED:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          _____9/27/2023_____
Ni Qian                                              Date
Assistant United States Attorney


_____*Devin Amill*_____           9/27/2023
DEVIN AMILL                                Date


_____              9/27/2023
Ariel Werner, Esq.                         Date
Counsel for DEVIN AMILL

SO ORDERED.

Dated:   New York, New York
         September 27, 2023

                                          _____
                                          THE HONORABLE RONNIE ABRAMS
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK